NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARY A. JARDIN,**
*Plaintiff-Appellant,*

**v.**

**DATALLEGRO, INC.,**
*Defendant-Appellee,*

**and**

**STUART O. FROST,**
*Defendant-Appellee.*

---

2011-1474

---

Appeal from the United States District Court for the Southern District of California in No. 08-CV-1462, Chief Judge Irma E. Gonzalez.

---

**JUDGMENT**

---

JOHN C. HERMAN, Robbins Geller Rudman & Dowd LLP, of Atlanta, Georgia, argued for plaintiff-appellant,

CARY A. JARDIN. With him on the brief were ERIC ALAN ISAACSON, CODY R. LEJEUNE, and REGIS C. WORLEY, of San Diego, California.

JUANITA R. BROOKS, Fish & Richardson, P.C., of San Diego, California, argued for all defendants-appellees. With her on the brief for defendant-appellee Datallegro, Inc. was JASON W. WOLFF. Of counsel were JOHN A. DRAGSETH, Fish & Richardson, of Minneapolis, Minnesota, and ENRIQUE D. DUARTE, of Redwood City, California; and STACY QUAN, Microsoft Corporation, of Redmond, Washington. Also on the brief for defendant-appellee Stuart O. Frost was GEORGE L. HAMPTON IV, HamptonHolley LLP, of Corona del mar, California. With him on the brief was COLIN C. HOLLEY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2012          /s/ Jan Horbaly
     Date                    Jan Horbaly
                                Clerk